No. 00-5810.   PARKER v. RENO, ATTORNEY GENERAL, ET AL. C. A. 10th Cir.   Certiorari before judgment denied.

No. 99-9978.   IN RE WILLIAMS LEWIS, *ante*, p. 810.   Petition for rehearing denied.

No. 99-8275.   IN RE ADIO-MOWO, 529 U. S. 1016.   Motion for leave to file petition for rehearing denied.

### NOVEMBER 1, 2000

No. 00-405.   LOUISIANA PUBLIC SERVICE COMMISSION v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.   C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.2.

### NOVEMBER 2, 2000

No. 99-1244.   GTE SERVICE CORP. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. 5th Cir.   [Certiorari granted, 530 U. S. 1213.]   Writ of certiorari dismissed under this Court's Rule 46.2.

### NOVEMBER 3, 2000

No. 00-6854 (00A399).   YOUNG v. SOUTH CAROLINA.   Sup. Ct. S. C.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.

### NOVEMBER 6, 2000

No. 00-183.   WHITT v. UNITED STATES.   C. A. 7th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).